UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID S. HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY, et al.,<br><br>Defendants. | No.  2:14-cv-2704-GEB-KJN PS<br><br><br><br>ORDER |

On November 18, 2014, plaintiff, who proceeds without counsel and is a resident of Stanislaus County, filed this action alleging federal civil rights and other violations against defendants, who are also alleged to be residents of Stanislaus County.  (ECF No. 1.)  Pursuant to Local Rule 120(d), "[a]ll civil and criminal actions and proceedings of every nature and kind cognizable in the United States District Court for the Eastern District of California arising in Calaveras, Fresno, Inyo, Kern, Kings, Madera, Mariposa, Merced, Stanislaus, Tulare, and Tuolomne counties shall be commenced in the United States District Court  sitting in Fresno, California…."  After a review of plaintiff's complaint, the court concludes that this action arises in Stanislaus County, because the plaintiff and defendants are residents of Stanislaus County, and the underlying events allegedly occurred in Stanislaus County.  In light of plaintiff's *pro se* status, filing in the Sacramento division of the Eastern District of California was likely an inadvertent mistake.  As such, the court directs that the action be transferred to the Fresno division.  See E.D.

1

Cal. L.R. 120(f) ("Whenever in any action the Court finds upon its own motion...that the action has not been commenced in the proper court in accordance with this Rule, or for other good cause, the Court may transfer the action to another venue within the District").

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall TRANSFER the action, including the pending motion to proceed *in forma pauperis* (ECF No. 2) to the Fresno division.
2. The Clerk of Court shall vacate all dates and close the Sacramento division case.

IT IS SO ORDERED.

Dated: November 21, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE